In re MITCHUM, CAROLINE E._____,    Case No. _____
           Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority ag the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column lab "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of t three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0473268780153482311<br>AMERICAN EXPRESS CARD<br>777 AMERICAN EXPRESSWAY<br>FT LAUDERDALE, FL 33337 | | | 2003<br>CREDIT CARD PURCHASES | | | | 400.00 |
| ACCOUNT NO. 0473268780155482311<br>AMERICAN EXPRESS CARD<br>777 AMERICAN EXPRESSWAY<br>FT LAUDERDALE, FL 33337 | | | 2003<br>CREDIT CARD PURCHASES | | | | 34,000.00 |
| ACCOUNT NO. 00000801621<br>NORTHRIDGE HOSPITAL<br>14500 SHERMAN CIRCLE<br>VAN NUYS, CA 91405 | | | 2003<br>MEDICAL BILL | | | | 1,545.00 |
| ACCOUNT NO. 3441427...<br>PIER 1 NATIONAL BANK<br>PO BOX 642210<br>OMAHA, NE 68164 | | | 2003<br>CREDIT CARD PURCHASES | | | | 501.00 |

_1_ continuation sheets attached                                    Page Total    $  36,446.00

FORM B6F
(12/95)

In re MITCHUM, CAROLINE E. ,  
      Debtor

Case No. _____  
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8010160000109334<br>PRIMEX LAB<br>C/O CB SANTA MONICA<br>PO BOX 980<br>SANTA MONICA, CA 90406 | | | 2003<br>MEDICAL BILL | | | | 100.00 |
| ACCOUNT NO. 261492120-00001<br>VERIZON<br>PO BOX 11328<br>ST PETERSBURG, FL 33733 | | | 2003<br>CELL PHONE BILL | | | | 800.00 |
| ACCOUNT NO. 25280....<br>VICTORIAS SECRET/WFNNB<br>PO BOX 182128<br>COLUMBUS, OH 43218 | | | 2003<br>CREDIT CARD PURCHASES | | | | 137.00 |
| ACCOUNT NO. 49005316133961564<br>WEST LA VET MED GROUP<br>C/O M LEONARD & ASSOC<br>14520 ERWIN STREET<br>VAN NUYS, CA 91411 | | | 2003<br>MEDICAL BILL | | | | 71.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Page Total $ 1,108.00  
Schedule Total $ 37,554.00