In re <u>MITCHUM, CAROLINE E.</u>　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts liste debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filling a joint should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six immediately preceding the commencement of this case.

[X]　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6H
(12/95)