Form B8 (Official Form 8) - (Rev. 3/98)

## UNITED STATES BANKRUPTCY COURT
### CENTRAL   DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MITCHUM, CAROLINE E. | Case No.: _____ |
| Debtor | Chapter: 7 _____ |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   **a. *Property to Be Surrendered.***

   **Description of Property**          **Creditor's name**

   NONE

   **b. *Property to Be Retained.***          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2000 M-BENZ C320 | M-BENZ CREDIT | | | YES |

Date: 12/21/2003

Signature of Debtor
MITCHUM, CAROLINE E.
NONE

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

ANTHONY & ASSOC DOCUMENT SERVICE          XXX-XX-9101
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
327 1/2 S DETROIT STREET
LOS ANGELES, CA 90036
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.
NONE

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          Date: 12/21/2003
Signature of Bankruptcy Petition Preparer
ANTHONY & ASSOC DOCUMENT SERVICE

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.***

B8