MITCHUM, CAROLINE E.
7523 HOLLYWOOD BLVD
W HOLLYWOOD, CA 90046


UNITED STATES TRUSTEE
725 S FIGUEROA STREET #2600
LOS ANGELES, CA 90017

AMERICAN EXPRESS CARD
Acct:047326878015348231
777 AMERICAN EXPRESSWAY
FT LAUDERDALE, FL 33337


AMERICAN EXPRESS CARD
Acct:047326878015548231
777 AMERICAN EXPRESSWAY
FT LAUDERDALE, FL 33337


MERCEDES BENZ CREDIT
Acct:3001105460
PO BOX 9001921
LOUISVILLE, KY 40290


NORTHRIDGE HOSPITAL
Acct:00000801621
14500 SHERMAN CIRCLE
VAN NUYS, CA 91405


PIER 1 NATIONAL BANK
Acct:3441427...
PO BOX 642210
OMAHA, NE 68164

```
PRIMEX LAB
Acct:8010160000109334
C/O CB SANTA MONICA
PO BOX 980
SANTA MONICA, CA 90406



STATE OF CALIFORNIA
Acct: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
1114 STATE STREET
SANTA BARBARA, CA 93101



VERIZON
Acct:261492120-00001
PO BOX 11328
ST PETERSBURG, FL 33733



VICTORIAS SECRET/WFNNB
Acct:25280....
PO BOX 182128
COLUMBUS, OH 43218



WEST LA VET MED GROUP
Acct:49005316133961564
C/O M LEONARD  ASSOC
14520 ERWIN STREET
VAN NUYS, CA 91411
```